UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRENELL GOODWIN,<br><br>    Plaintiff,<br><br>    v.<br><br>BRUCE, et al.,<br><br>    Defendants. | No. 2:13-cv-1257 CKD P<br><br><br><br>ORDER |

On November 25, 2013, defendant Bruce filed a motion to dismiss. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to the pending motion to dismiss or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: January 2, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
good1257.46